# Mike Atkins
Principal Insider Threat / Cyber Defense
New York, New York, United States

### Contact
www.linkedin.com/in/mike-atkins-in (LinkedIn)

### Top Skills
Cyber-security
Insider Threat
Data Protection

### Languages
English (Native or Bilingual)
Japanese (Professional Working)
Chinese Mandarin (Limited Working)
Russian (Limited Working)
Indonesian (Native or Bilingual)

### Certifications
Organizational Data Security Fundamentals
Series 7 General Securities Representative
Fundamental Cryptography
Risk Management
TCP/IP

## Summary

Hands-on, results-oriented professional with 20+ years of broad industry experience in Cybersecurity, Insider Threat, Technical Investigations, IT, Banking, Global Business, and Federal Government. Excels in highly charged settings requiring focused analysis, strategic thinking, crisis management, and tactical execution. Change agent who revitalizes teams through strong leadership, accountability, and staff development. Effectively able to keep up with new attack techniques to defend against advanced threats. Adept at building and managing cybersecurity solutions that protect network infrastructure and data, identify threats in context, prevent multiple attack stages, detect evasive threats, effectively manage risk, and enable quick and accurate mitigation.

Career Highlights:

Currently serving as Insider Threat Proncipal at Sony

Cyber Investigator at Huntington
• Spearheaded use cases and created dashboards to detect and alert on potential insider threats.
• Performed hands-on technical investigations requiring critical thinking and a broad understanding of multiple technologies.
• Correlated threat data to identify malicious users active in or posing potential threats to employees and customers.

Data Protection Engineer at Huntington National Bank
• Built and enhanced Huntington's data protection program to include architecting and implementing solutions, policies, and controls around Data Loss Prevention (DLP), User and Entity Behavior Analytics (UEBA), Insider Threat, Threat Intelligence, High-Risk Users, and Internal Fraud.
• Built policies that detect, warn, and block various data elements and help enforce compliance with PCI, GDPR, HIPAA, OFAC,

Sarbanes Oxley among other regulations both on-prem and in the cloud.
• Used PowerShell and Python to automate tasks within the various tools used by the Data Protection Team.
• Built use cases, metrics, and KPIs to identify high-risk users, insider threats, and abnormal behavior of people or machines leading to compromise and/or data exfiltration.

Information Management Officer / ISSO at US Department of State
• Managed all aspects of IT Security, Information Systems, and network infrastructure for various US Embassies worldwide
• Supervised IT staff of up to 50 Americans and Foreign Nationals
• Received meritorious honor awards for IT security enhancement
• Trained at Foreign Service Institute's Applied School of Information Technology
• Security+, A+, CCNA, MCSE

Fluent in Japanese and Bahasa Indonesia. Extensive overseas and management experience.

Welcome all inquiries and connections!

―――

## Experience

Sony
Principal Insider Threat
November 2021 - Present (1 year)
United States

Huntington National Bank
2 years 9 months

Cyber Investigator Expert - Data Protection / Insider Threat / Internal Fraud
September 2020 - November 2021 (1 year 3 months)
Columbus, Ohio

Cybersecurity Engineer Expert - Data Protection and Insider Threat
March 2019 - September 2020 (1 year 7 months)
Columbus, Ohio

DFAS

Lead Cybersecurity Consultant

September 2018 - December 2018 (4 months)

Contractor - Cybersecurity and NIST RMF

OhioHealth

Senior Cybersecurity Architect

April 2018 - September 2018 (6 months)

Contractor - Insight Global

Peraton

Senior Cybersecurity Engineer

October 2017 - April 2018 (7 months)

NASA Space Communications Network Services

Merrill Lynch

Financial Advisor

April 2016 - October 2017 (1 year 7 months)

PT Auto Sarana Niaga

Director of Business Development and IT Security

May 2006 - May 2015 (9 years 1 month)

U.S. Department of State

Information Management Officer and ISSO

June 2000 - April 2006 (5 years 11 months)

---

## Education

University of Southern California

Bachelor's Degree, Business Administration · (1991 - 1994)