**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | : | Case No. 2:22-mj-630 |
| | | MAGISTRATE JUDGE VASCURA |
| Plaintiff, | : | |
| vs. | : | |
| MICHAEL PHILIP ATKINS, | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW

Stacey L. MacDonald, on behalf of the Federal Public Defender's Office, moves to withdraw from further representation of Defendant Michael Philip Atkins. Defendant retained Attorney Adam G. Burke. A notice of substitution of counsel (Doc #10) by Attorney Burke was filed with the court on October 9, 2022.

DATED this 24th day of October 2022.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

*/s/ Stacey MacDonald*
Stacey MacDonald (WA # 35394)
Assistant Federal Public Defender
Federal Public Defender's Office
10 West Broad Street, Suite 1020
Columbus, Ohio 43215
(614) 469-2999
stacey_macdonald@fd.org
Attorney for Defendant
Michael Philip Atkins

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Stacey MacDonald*
Stacey MacDonald (WA # 35394)
Assistant Federal Public Defender